**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZHOSEF OVSEPYAN, | Case No. 5:26-cv-00664-SVW-PD |
| Petitioner, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| PAMELA BONDI, et al., | |
| Respondents. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge ("the Report"). No objections to the Report have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

IT IS ORDERED that Judgment be entered dismissing the action without prejudice as moot.

DATED: April 23, 2026

_____

HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE