JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ZHOSEF OVSEPYAN,

            Petitioner,

    v.

PAMELA BONDI, et al.,

            Respondents.

Case No. 5:26-cv-00664-SVW-PD

**JUDGMENT**

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: April 23, 2026

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE